# EXHIBIT A

## CONTRATO DE PRESTACION DE SERVICIOS

Conste por el presente documento, el contrato de prestación de servicios que celebran, de una parte, doña Marita Angélica Puertas Pulgar, de nacionalidad peruana, identificada con DNI 07968949 y Pasaporte No. D000618 con domicilio en 323 Black Oak Ridge Road, Wayne, New Jersey, N.J. 07470, quien en adelante se denominará La Empleadora; y de la otra, doña María Esmeralda Ríos Fun, de nacionalidad peruana, identificada con DNI 09667503 y Pasaporte No. 5800271, domiciliada en Lima, Perú, quien en adelante se denominará La Empleada, bajo los términos y condiciones siguientes:

**PRIMERO.-** Es objeto del presente contrato es la prestación de servicios que como empleada del hogar efectuará La Empleada en la residencia de La Empleadora, a partir del 15 de octubre de 2012.

**SEGUNDO.-** La Empleada trabajará treinta y cinco horas a la semana, y percibirá por hora de trabajo nueve dólares con ochentaidos centavos (US$ 9.82). Adicionalmente, La Empleadora proveerá a La Empleada una habitación y un baño privado, así como tres comidas al día, durante seis días a la semana. No se requerirá la presencia de La Empleada en la residencia de La Empleadora salvo durante las horas de trabajo.

**TERCERO.-** La Empleadora se compromete a asegurar a La Empleada horarios diarios de descanso, así como 24 horas continuas de descanso semanal, sin obligación de que permanezca en la residencia de La Empleadora. Las horas extras se pagarán de acuerdo con la legislación del Estado de Nueva York a razón de catorce dólares con setenta y tres centavos (US$ 14.73) por hora. Los descansos por feriados serán previamente acordados con La Empleadora y, en caso de trabajar, serán abonados de acuerdo con la legislación aplicable.

**CUARTO.-** La Empleada se compromete a:

a) Trabajar exclusivamente prestando servicios a La Empleadora.

b) Prestar servicios con diligencia, honestidad, reserva y lealtad.

c) Respetar las disposiciones de orden doméstico dictadas por La Empleadora.

d) Guardar absoluta reserva sobre la vida e incidentes en la residencia de La Empleadora que guarden relación con su esfera privada y la de su familia.

e) Poner en conocimiento de La Empleadora cualquier situación que entorpezca el normal desarrollo de sus labores.

f) Retornar al Perú junto con la familia de La Empleadora.



**QUINTO.-** La Empleada tendrá derecho a un período vacacional de quince días al año, con goce de haber, que podrá cumplir en fecha coordinada previamente con La Empleadora.

**SEXTO.-** La Empleadora sufragará los pasajes de La Empleada hacia los Estados Unidos de América y de regreso al Perú al término de la relación laboral.



**SETIMO.-** Los documentos de identidad y de viaje de La Empleada permanecerán en su poder en todo momento.

**OCTAVO.-** El presente contrato regirá desde la fecha de su suscripción hasta que La Empleadora concluya sus funciones oficiales en los Estados Unidos de América.

**NOVENO.-** El contrato podrá ser rescindido por cualquiera de las partes, sin expresión de causa, dando a la otra parte aviso previo de no menos de treinta días.

**DECIMO.-** Queda entendido que, sin desmedro de los privilegios e inmunidades que han sido reconocidos a La Empleadora, ésta y La Empleada respetarán las leyes, reglamentos y directivas federales, estatales y locales del Estado receptor que sean aplicables al presente contrato.

**DECIMO PRIMERO.-** Las Partes convienen que cualquier controversia derivada de la ejecución de este contrato será resuelta por los tribunales peruanos.

En fe de lo cual, firman el contrato en triplicado, a los quince días del mes de setiembre de dos mil doce.

MARITA ANGÉLICA PUERTAS PULGAR
DNI 0000618

MARIA ESMERALDA RIOS FUN
DNI 09667503

## CONTRACT FOR SERVICES

This deed records the contract for services, entered into by the First Secretary Marita Angelica Puertas Pulgar, member of the Mission of Peru to the United Nations, residing at 323 Black Oak Ridge Road, Wayne, N.J. 07470, with diplomatic passport No. D000618 that shall hereinafter be designated as the "employer" and Ms. Maria Esmeralda Ríos Fun of Peruvian nationality, identified with regular passport No. 5800271, that shall be hereinafter be designated as the "employee", with the following terms and conditions.

First.- The object of this contract are the services performed as Housekeeper by the employee.

Second.- The employee will work only for the employer named in the contract, five days a week for 7 hours per day for a total of thirty five (35) hours per week. It will be the employee's right to have paid holidays, sick days and a paid vacation period of 15 days per year; and two days off every week.

Third.- The employee will receive a wage of US$ 9.82 (nine dollars and 82 cents) per hour. The employee will receive her salary every month without any deduction.

Fourth.- The employer will provide to the employee with an airline ticket New York-Lima for returning to her homeland.

Fifth.- The employer will contract a medical insurance in the employee's name. He will also provide her with lodging and meals.

Sixth.- Under no circumstances, the employer will retain any personal property of the employee, like her passport, visa or copy of this contract. The employee presence at the residence of the employer will be only required during her working hours.

Seventh.- This contract will be in effect since the date of its signing until one of the parties finishes it on her own. The employee accepts to perform her services in a diligent, honest and responsible way.

Eighth.- The contract shall finish when the employer ceases to work at the Permanent Mission of Peru to the United Nations, and/or by either of the parties, without statement of cause, giving prior notice of not less than thirty days.

Both parties declare that they have acted freely and under no pressure whatsoever to enter this contract.

In testimony whereof, they sign this contract in duplicate, on the fifteenth day of September of 2012

MARITA ANGÉLICA PUERTAS PULGAR
**Employer**
Diplomatic Passport: D000618

MARIA ESMERALDA RIOS FUN
**Employee**
Regular Passport: 5800271

## **CONTRACT TO PROVIDE SERVICES**

Through this document it is stated the Contract for the Provision of Services signed in accordance with the directives of the Ministry of Foreign Affairs of Peru, by, on the one hand, First Secretary Marita Angelica Puertas Pulgar, Diplomat at the Permanent Mission of Peru to the United Nations, Peruvian identified with DNI 07968949, and Passport No. D000618 residing at 323 Black Oak Ridge Road, Wayne, New Jersey, NJ 07470, who henceforth be known as The Employer and on the other, María Esmeralda Ríos Fun, Peruvian, identified with DNI 09667503 and Passport No. 5800271, residing in Lima, Peru, who henceforth be known as the Employee, under the following terms and conditions:

FIRST. - The object of this contract is the provision of services such as home assistant that the Employee will render in the residence of the Employer, beginning on October 15, 2012.

SECOND .- The Employee will work thirty five hours a week, and will charge per hour a rate of nine U.S. dollars eighty two cents (U.S. $ 9..82). Besides this, the Employer will provide the Employee with a bedroom and a bathroom for her exclusive use, three meals a day, six days a week. The Employee's presence in the Employer's residence will not be required except during working hours.

THIRD .- The Employer is committed to ensuring the Employee daily periods of rest and 24 hours of continuous weekly rest. Overtime is paid in accordance with the laws of the State of New York at the rate of fourteen dollars and seventy three cents (U.S. $ 14.73) per hour. Breaks for holidays will be previously agreed with the Employer and, if work will be paid in accordance with applicable law.

FOURTH .- The EMPLOYEE shall:

a) Work exclusively providing services to the Employer.
b) She will provide services with diligence, honesty, discretion and loyalty.
c) She will maintain absolute secrecy about the life and incidents in the residence of the Employer, whether they relate to the private sphere of the employer and his family or to the official business that takes place there.
d) Inform the employer any situation that impedes the normal development of her work.
e) Return to Peru altogether with the Employer and his family.

FIFTH .- The EMPLOYEE shall be entitled to a vacation paid period of fifteen days per year, which may be taken at a date coordinated in advance with the Employer.

SIXTH .- The Employer shall pay the fares of the Employee to the United States of America and return to Peru at the end of the employment relationship.




SEVENTH. - The identity and travel documents of the Employee remain in her possession at all times.

EIGHTH. - The present contract shall take effect from the date of signature until the return of the Employer when he fulfilled his due assignment.

NINTH. - The contract may be terminated by either party, without cause, by giving the other party notice of not less than thirty days in advance.

TENTH .- It is understood that, without loss of privileges and immunities have been granted to the Employer, the Employer and the Employee shall respect the laws and regulations of federal, state and local authorities of the receiving State which are applicable to this contract.

ELEVENTH.- Both parties agree that any legal situation from the contra be solved by the Peruvian Laws.

Signed by both parties in a number of three original documents on Sep 15, 2012

MARITA ANGELICA PUERTAS PULGAR
DNI 07968949

MARIA ESMERALDA RIOS FU
DNI 09667503