**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL                                              Tel:  (201) 507-6300
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE                              Fax: (201) 507-6311
                                                                         email:  lh@hershlegal.com

August 5, 2013

**Via ECF**
The Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
U.S. Post Office and Courthouse Building
Room 417
P.O. Box 999
Newark, NJ  07101-0999

    Re:  <u>Fun v. Pulgar, et. al.</u>, 13-03679

Dear Judge Chesler:

    I write this letter in Opposition to Plaintiff's currently pending Motion to Strike Defendants' Motion to Dismiss the Complaint as Moot in light of Plaintiff's filing of an Amended Complaint.

    Concurrently with the filing of this letter, Defendants Marita Puertas Pulgar and Alexis Aquino Albegrin have filed a Motion to Dismiss the First Amended Complaint incorporating by reference the arguments raised in their original Motion to Dismiss, which are equally applicable to the Amended Complaint as they were to the original Complaint.

    If you have any questions, do not hesitate to contact me.

                                    Very truly yours,

                                    <u>/s/ Lawrence Hersh</u>
                                    Lawrence Hersh